LEVINE SULLIVAN KOCH & SCHULZ, LLP
Ashley I. Kissinger (SBN 193693)
  akissinger@lskslaw.com
1888 Sherman Street
Suite 370
Denver, CO 80203
Telephone: (303) 376-2407
Fax: (303) 376-2401

Attorneys for Defendant
ELITE DAILY, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| PETER MENZEL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ELITE DAILY, LLC, a New York Limited Liability Company, individually and doing business as ELITEDAILY.COM, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. **15-CV-1996 DMG (JEMx)**<br><br>**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Prior response date: April 13, 2015<br><br>New response date:  May 13, 2015<br><br>Action Filed: March 18, 2015 |

        This Stipulation is entered by and between plaintiff Peter Menzel ("Plaintiff"), on the one hand, and defendant Elite Daily, LLC ("Defendant"), on the other hand, by and through their respective counsel of record, with reference to the following facts:

        1.        WHEREAS, Plaintiff filed the Complaint in this action on March 18, 2015.

        2.        WHEREAS, Defendant was served by registered mail on March 23, 2015.

_____

STIPULATION RE: EXTENSION OF TIME

3.     WHEREAS, Defendant's response to the Complaint was due by April 13, 2015.

4.     WHEREAS, Plaintiff has agreed to extend the time for Defendant to respond to the Complaint to and including May 13, 2015.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that Defendant shall have an extension of time up to and including **May 13, 2015,** to respond to the Complaint in this action.  By entering into this stipulation, Defendant expressly reserves all grounds for seeking dismissal of the Complaint under Rule 12 of the Federal Rules of Civil Procedure and any other applicable basis.

DATED: April 13, 2015             DONINGER / BURROUGHS
                                  SCOTT A. BURROUGHS, ESQ.


                                  By: _____/s/ *Scott A. Burroughs*_____
                                          Scott A. Burroughs
                                  Attorneys for plaintiff Peter Menzel


DATED: April 13, 2015             LEVINE SULLIVAN KOCH & SCHULZ, LLP
                                  ASHLEY I. KISSINGER, ESQ.


                                  By: _____/s/ *Ashley I. Kissinger*_____
                                          Ashley I. Kissinger
                                  Attorneys for defendant Elite Daily, LLC

- 2 -
STIPULATION RE: EXTENSION OF TIME