Levine Sullivan Koch & Schulz, LLP
Ashley I. Kissinger (SBN 193693)
akissinger@lskslaw.com
1888 Sherman Street, Suite 370
Denver, CO 80203
Phone: (303) 376-2407
Fax: (303) 376-2401

*Attorney for Defendant*
*Elite Daily, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER MENZEL, an individual,<br><br>                              Plaintiff,<br><br>v.<br><br>ELITE DAILY, LLC[1], et al.,<br><br>                              Defendants. | Case No.: 2:15-cv-01996-DMG-JEM<br><br>**ANSWER TO COMPLAINT BY ELITE DAILY, INC.** |

Defendant Elite Daily, Inc. ("Elite Daily") through its undersigned counsel Levine Sullivan Koch & Schulz, LLP, pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, hereby responds to the Complaint of Plaintiff Peter Menzel ("Plaintiff"), dated March 18, 2015 ("Complaint"), with the following Answer corresponding to the paragraphs set out in the Complaint:

### INTRODUCTION

The statements in the Introduction to the Complaint do not constitute proper allegations, and therefore do not require an answer. To the extent any answer is required, Elite Daily denies all statements in the Introduction that relate to Elite Daily and any inferences drawn therefrom.

---

[1] Plaintiff improperly named Elite Daily, LLC as a defendant. The correct name of the entity served is Elite Daily, Inc.

**JURISDICTION AND VENUE**

1.     Elite Daily admits that this purports to be an action arising under the Copyright Act of 1976, Title 17 U.S.C. § 101 *et seq*.

2.     Paragraph 2 of the Complaint constitutes a legal conclusion to which no answer is required.  To the extent an answer is required, Elite Daily does not contest that this Court has subject-matter jurisdiction over this action.

3.     Paragraph 3 of the Complaint constitutes a legal conclusion to which no answer is required.  To the extent an answer is required, Elite Daily does not contest that venue in this judicial district is proper.

**PARTIES**

4.     Elite Daily lacks knowledge or information sufficient to form a belief as to truth of the allegations contained in Paragraph 4 of the Complaint, and therefore denies them.

5.     Elite Daily admits that it is doing business in the state of California, but otherwise denies all remaining allegations in Paragraph 5 of the Complaint.  Elite Daily affirmatively states that it is a corporation organized under the laws of the state of Delaware.

6.     Elite Daily lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6 of the Complaint, and therefore denies them.

7.     To the extent any of the allegations in Paragraph 7 of the Complaint constitute legal conclusions, no answer is required.  To the extent an answer is required, Elite Daily denies the allegations in Paragraph 7 of the Complaint with respect to Elite Daily and denies knowledge or information sufficient to form a belief as to the truth of allegations contained in Paragraph 7 of the Complaint with respect to the unnamed defendants.

**CLAIMS RELATED TO "WHAT I
EAT: AROUND THE WORLD IN 80 DIETS"**

8.      Elite Daily lacks knowledge or information sufficient to form a belief as to truth of the allegations contained in Paragraph 8 of the Complaint, and therefore denies them.

9.      Elite Daily admits that it published a post, along with many others, on its website on April 15, 2014 and that Exhibit A to the Complaint purports to depict photographs allegedly taken by Plaintiff.  Elite Daily lacks knowledge or information sufficient to form a belief as to truth of the remaining allegations contained in Paragraph 9 of the Complaint, and therefore denies them.

10.      Elite Daily lacks knowledge or information sufficient to form a belief as to truth of the allegations contained in Paragraph 10 of the Complaint, and therefore denies them.

11.      Elite Daily lacks knowledge or information sufficient to form a belief as to truth of the allegations contained in Paragraph 11 of the Complaint, and therefore denies them.

12.      Elite Daily lacks knowledge or information sufficient to form a belief as to truth of the allegations contained in Paragraph 12 of the Complaint, and therefore denies them.

13.      Elite Daily denies the allegations in Paragraph 13 of the Complaint as to Elite Daily and affirmatively states that to the extent Elite Daily used or distributed Plaintiff's photographs, Plaintiff's claims are barred by one or more of the affirmative defenses set forth herein.  Elite Daily denies knowledge or information sufficient to form a belief as to truth of the allegations contained in Paragraph 13 of the Complaint with respect to the unnamed defendants.

14.      Elite Daily admits that it operates a website that features, among other things, popular news and culture, and that it derives revenues by selling advertising.

1   Elite Daily otherwise denies the remaining allegations in Paragraph 14 of the
2   Complaint.

3   **FIRST CLAIM FOR RELIEF**

4   (For Copyright Infringement – Against all Defendants, and Each)

5       15.    Elite Daily incorporates by reference its responses in the preceding
6   paragraphs as if fully set forth herein.

7       16.    Elite Daily denies the allegations in Paragraph 16 of the Complaint.

8       17.    Elite Daily admits that its website featured a post entitled "See The
9   Incredible Differences In The Daily Food Intake Of People Around The World," but
10  otherwise denies the allegations in Paragraph 17 of the Complaint.

11      18.    The allegations in Paragraph 18 of the Complaint constitute legal
12  conclusions to which no answer is required.  To the extent an answer is required,
13  Elite Daily denies the allegations in Paragraph 18 of the Complaint and affirmatively
14  states that to the extent Elite Daily published or used Plaintiff's photographs,
15  Plaintiff's claims are barred by one or more of the affirmative defenses set forth
16  herein.

17      19.    The allegations in Paragraph 19 of the Complaint constitute legal
18  conclusions to which no answer is required.  To the extent an answer is required,
19  Elite Daily denies the allegations in Paragraph 19 of the Complaint and affirmatively
20  states that to the extent Elite Daily copied Plaintiff's photographs, Plaintiff's claims
21  are barred by one or more of the affirmative defenses set forth herein.

22      20.    Elite Daily denies the allegations in Paragraph 20 of the Complaint.

23      21.    The allegations in Paragraph 21 of the Complaint constitute legal
24  conclusions to which no answer is required.  To the extent an answer is required,
25  Elite Daily denies the allegations in Paragraph 21 of the Complaint and affirmatively
26  states that to the extent Elite Daily copied Plaintiff's photographs, Plaintiff's claims
27  are barred by one or more of the affirmative defenses set forth herein.

28

22.     The allegations in Paragraph 22 of the Complaint constitute legal conclusions to which no answer is required.  To the extent an answer is required, Elite Daily denies the allegations in Paragraph 22 of the Complaint and affirmatively states that to the extent Elite Daily copied Plaintiff's photographs, Plaintiff's claims are barred by one or more of the affirmative defenses set forth herein.

**<u>SECOND CLAIM FOR RELIEF</u>**

(For Vicarious and/or Contributory Copyright

Infringement – Against all Defendants, and Each)

23.     Elite Daily incorporates by reference its responses in the preceding paragraphs as if fully set forth herein.

24.     The allegations in Paragraph 24 of the Complaint constitute legal conclusions to which no answer is required.  To the extent an answer is required, Elite Daily denies the allegations in Paragraph 24 of the Complaint.

25.     The allegations in Paragraph 25 of the Complaint constitute legal conclusions to which no answer is required.  To the extent an answer is required, Elite Daily denies the allegations in Paragraph 25 of the Complaint.

26.     The allegations in Paragraph 26 of the Complaint constitute legal conclusions to which no answer is required.  To the extent an answer is required, Elite Daily denies the allegations in Paragraph 26 of the Complaint.

27.     The allegations in Paragraph 27 of the Complaint constitute legal conclusions to which no answer is required.  To the extent an answer is required, Elite Daily denies the allegations in Paragraph 27 of the Complaint.

28.     The allegations in Paragraph 28 of the Complaint constitute legal conclusions to which no answer is required.  To the extent an answer is required, Elite Daily denies the allegations in Paragraph 28 of the Complaint.

## **THIRD CLAIM FOR RELIEF**

(For Violations of the Digital Millennium

Copyright Act (17 U.S.C. § 1202) – Against all Defendants, and Each)

29.     Elite Daily incorporates by reference its responses in the preceding paragraphs as if fully set forth herein.

30.     The allegations in Paragraph 30 of the Complaint constitute legal conclusions to which no answer is required.  To the extent an answer is required, Elite Daily denies the allegations in Paragraph 30 of the Complaint.

31.     The allegations in Paragraph 31 of the Complaint constitute legal conclusions to which no answer is required.  To the extent an answer is required, Elite Daily denies the allegations in Paragraph 31 of the Complaint.

32.     The allegations in Paragraph 32 of the Complaint constitute legal conclusions to which no answer is required.  To the extent an answer is required, Elite Daily denies the allegations in Paragraph 32 of the Complaint.

33.     To the extent the allegations in Paragraph 33 of the Complaint constitute legal conclusions, no answer is required.  To the extent an answer is required, Elite Daily admits that Plaintiff seeks enhanced damages and penalties in this action, but denies that Plaintiff is entitled to such relief and denies the remaining allegations in Paragraph 33 of the Complaint.

## **PRAYER FOR RELIEF**

Elite Daily denies that Plaintiff is entitled to any of the relief requested in the section of his Complaint titled "Prayer for Relief."

## **DEFENSES**

Elite Daily denies any and all other allegations, inferences or implications arising from any statement in the Complaint to the extent such has not been affirmatively admitted by Elite Daily in this Answer.

Elite Daily propounds the following separate and additional defenses, and by doing so, Elite Daily in no way concedes that it has the burden of proof and/or burden of persuasion with respect to any of such defenses.

### First Affirmative Defense

The Complaint fails to state a claim upon which relief can be granted.

### Second Affirmative Defense

On information and belief, Plaintiff's claims are barred, in whole or in part, by his lack of standing to assert a claim for copyright infringement due to defect in ownership of the applicable copyright in the particular work or works.

### Third Affirmative Defense

On information and belief, Plaintiff's claims are barred, in whole or in part, by the lack of a valid and enforceable copyright registration for the works at issue in this proceeding.

### Fourth Affirmative Defense

Plaintiff's claims are barred by the doctrine of fair use.

### Fifth Affirmative Defense

Plaintiff's claims are barred because Elite Daily's alleged use, if any, of the works at issue was made with an innocent intent and without any belief that any of its acts constituted an infringement or violation.

### Sixth Affirmative Defense

Plaintiff's claims are barred by the defense of license and/or implied license.

### Seventh Affirmative Defense

Plaintiff is not entitled to injunctive or any other equitable relief because any alleged injury is not immediate or irreparable, and Plaintiff has an adequate remedy at law.

## Eighth Affirmative Defense

Plaintiff has failed to mitigate his damages, if any, and as a consequence thereof, Plaintiff is not entitled to recover the amount of damages alleged, or any other damages.

## Ninth Affirmative Defense

Elite Daily hereby gives notice that, due to the lack of information as to the matters set forth in the Complaint, Elite Daily has insufficient knowledge and information on which to form a belief as to whether it has additional defenses not expressly enumerated in the preceding paragraphs.  Elite Daily reserves its right to amend its Answer to assert additional defenses and to rely upon those additional defenses to the extent they become available or apparent during discovery.

## PRAYER FOR RELIEF

WHEREFORE, Elite Daily respectfully requests that:

(a) Judgment be entered in its favor and against Plaintiff as to all claims alleged in the Complaint;

(b) Plaintiff take nothing;

(c) The Court award such further relief, including costs and attorney's fees, against Plaintiff and to the benefit of Elite Daily as the Court deems just and proper.

DATED:  May 13, 2015

By: */s  Ashley I. Kissinger*
Levine Sullivan Koch & Schulz, LLP
Ashley I. Kissinger (SBN 193693)
akissinger@lskslaw.com
1888 Sherman Street, Suite 370
Denver, CO 80203
Phone: (303) 376-2407
Fax: (303) 376-2401

*Attorney for Defendant*
*Elite Daily, Inc.*