UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case
No.:   2:15−cv−01996−DMG−JEM                                             Date:   7/9/2015
Title:   PETER MENZEL V. ELITE DAILY LLC ET AL

Present: The Honorable   John E. McDermott  , U. S. Magistrate Judge

Deputy Clerk:   Karl Lozada
Court Reporter/Recorder:   N/A

       Attorneys Present for Plaintiffs:       Attorneys Present for Defendants:
                   None                               None

Proceedings:       (IN CHAMBERS) ORDER RE STIPULATED PROTECTIVE ORDER

     The Court is in receipt of the parties' Stipulated Protective Order.  The Court cannot sign the stipulated Order in its current form.  There does not appear to be any reference to Local Rule 79−5.1 requiring the parties to file an application to file papers under seal until a ruling on the application.  The parties may wish to review Edwards v. County of Los Angeles, 2009 WL 4707996 (C.D. Cal. 2009) for guidance.

: 00
Initials of Preparer:  kl