1  **D**AVIS **W**RIGHT **T**REMAINE LLP
   865 S. FIGUEROA ST.
2  SUITE 2400
   LOS ANGELES, CALIFORNIA 90017-2566
3  TELEPHONE (213) 633-6800
   FAX (213) 633-6899

4  KELLI L. SAGER (State Bar No. 120162)
   kellisager@dwt.com
5  ERIC M. STAHL (State Bar No. 292637)
   ericstahl@dwt.com
6  DIANA PALACIOS (State Bar No. 290923)
   dianapalacios@dwt.com
7

8  Attorneys for Defendant
   ELITE DAILY, INC. (erroneously sued as ELITE
9  DAILY, LLC)

10

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| PETER MENZEL, an individual, | Case No. **2:15-cv-01996-DMG-JEM** |
| Plaintiff, | Assigned to the Hon. Dolly M. Gee |
| vs. | **[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER** |
| ELITE DAILY, LLC, et al., | |
| Defendants. | [Stipulated Protective Order Filed Concurrently] |
| | Action Filed: March 18, 2015 |

Having considered the concurrently filed Stipulated Protective Order, and good cause appearing, the Court hereby adopts the parties' Stipulated Protective Order as the order of the Court in this matter.

**IT IS SO ORDERED.**

Dated: July 10, 2015

_____
Hon. John E. McDermott
United States Magistrate Judge

[PROPOSED] ORDER
DWT 27202165v1 0049264-000043